IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

MELVIN GRAYER, #08710                                                                PLAINTIFF

VERSUS                                           CIVIL ACTION NO.  3:16-cv-709-WHB-LRA

WARDEN "Unknown" FILLIYAW, et al.                                                DEFENDANTS

ORDER DIRECTING PLAINTIFF TO FILE RESPONSE

Upon consideration of the Complaint [1] and Plaintiff's Response [16], the Court finds that Plaintiff is required to provide additional information concerning his claims. *See* 28 U.S.C. § 1915. Accordingly, it is hereby,

ORDERED:

1. That **on or before April 3, 2017**, Plaintiff shall file a written signed response as follows:

(a) state what relief Plaintiff requested in his administrative remedies relating to having his sentence credited with 595 days which is the subject of this civil action;

(b) state what relief Plaintiff received from the prison officials relating to his administrative remedies concerning his request that his sentence be credited with 595 days which is the subject of this civil action;

(c) if Plaintiff did not receive the requested relief in the administrative remedies process concerning having his sentence credited with 595 days, did Plaintiff file any pleading in the state courts challenging the decision by the prison officials of Plaintiff's administrative remedies request; and

(d) if Plaintiff challenged the decision by the prison officials of Plaintiff's administrative remedies request, state the name(s) of the state court(s) Plaintiff filed his challenge, the decision of that Court(s), and the date(s) of the decision.

2. That Plaintiff file his written signed response with the Clerk, 501 E. Court Street, Suite 2.500, Jackson, Mississippi 39201.

3.  **That failure to advise the Court of a change of address or failure to timely comply with any order of the Court will be deemed as a purposeful delay and contumacious act by Plaintiff and may result in this cause being dismissed without prejudice.**

THIS, the 10th day of March, 2017.

 *s/ Linda R. Anderson*
UNITED STATES MAGISTRATE JUDGE