IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

MELVIN GRAYER, #08710                                                              PLAINTIFF

VERSUS                                              CIVIL ACTION NO.  3:16-cv-709-WHB-LRA

WARDEN "UNKNOWN" FILLIYAW, et al.                                        DEFENDANTS

<u>ORDER</u>

Before the Court is the following motion by Plaintiff:  Motion [17] to Compel Production of Documents.  Upon review of Plaintiff's Complaint [1] and Motion [17] submitted, the Court finds that the Motion [17] is premature at this time because the Court is still in the process of screening the case.  Plaintiff's Motion [17], therefore, will be denied.

THIS, the 12th day of April, 2017.

       *s/ Linda R. Anderson*
UNITED STATES MAGISTRATE JUDGE