IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

MELVIN GRAYER, #08710                                                             PLAINTIFF

VERSUS                                         CIVIL ACTION NO.  3:16-cv-709-WHB-LRA

WARDEN "Unknown" FILLIYAW, et al.                                         DEFENDANTS

ORDER DIRECTING PLAINTIFF TO FILE RESPONSE

Upon consideration of the Complaint [1] and Plaintiff's Responses [16, 22], the Court finds that Plaintiff is required to provide additional information concerning his claims.  *See* 28 U.S.C. § 1915.  Accordingly, it is hereby,

ORDERED:

1. That **on or before July 10, 2017**, Plaintiff shall file a written signed response as follows:

(a) state if Plaintiff has fully served his 7-year burglary conviction he received in 2013; and

(b) if Plaintiff has not fully served his 7-year burglary conviction he received in 2013, state if he has been released on parole, probation, or some other type of supervised release.

2. That Plaintiff file his written signed response with the Clerk, 501 E. Court Street, Suite 2.500, Jackson, Mississippi 39201.

3. **That failure to advise the Court of a change of address or failure to timely comply with any order of the Court will be deemed as a purposeful delay and contumacious act by Plaintiff and may result in this cause being dismissed without prejudice.**

THIS, the 22nd day of June, 2017.

                                              *s/ Linda R. Anderson*
                                              UNITED STATES MAGISTRATE JUDGE