IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

MELVIN GRAYER, #08710                                                                    PLAINTIFF

VERSUS                                          CIVIL ACTION NO.  3:16-cv-709-WHB-LRA

WARDEN JAMES FILLIYAW, et al.                                                  DEFENDANTS

ORDER GRANTING PLAINTIFF AN EXTENSION OF TIME
TO COMPLY WITH THE COURT'S ORDER [28]

This matter comes before the Court on Plaintiff's Letter [29] filed on July 24, 2017. Plaintiff states that he has been unable to communicate with the Court since June 16, 2017. Because it appears to the Court that Plaintiff has not received the Order [28] entered June 22, 2017, Plaintiff will be granted an extension of time to comply with that Order [28].  Accordingly, it is hereby,

ORDERED:

1.  That Plaintiff's Letter [29] filed July 24, 2017, is deemed as a request for an extension of time.

2.  Plaintiff therefore is granted an extension of time to comply with the Order [28] entered June 22, 2017, by filing a response **on or before August 18, 2017**, stating the following:

    (a) state if Plaintiff has fully served his 7-year burglary conviction he received in 2013;  and

    (b) if Plaintiff has not fully served his 7-year burglary conviction he received in 2013, state if he has been released on parole, probation, or some other type of supervised release.

3.  That the Clerk mail to Plaintiff a copy of the Order [28] entered June 22, 2017.

4.  That Plaintiff file his written response to this Order with the Clerk, 501 E. Court Street, Suite 2.500, Jackson, Mississippi 39201.

     5.  That Plaintiff is warned that failure to advise the Court of a change of address or failure to comply with any order of the Court will be deemed as a purposeful delay and contumacious act by Plaintiff and may result in the dismissal of Plaintiff's Complaint.

    THIS the 27th day of July, 2017.

                                  *s/ Linda R. Anderson*
                                  UNITED STATES MAGISTRATE JUDGE