IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

MELVIN GRAYER, #08710                                                                PLAINTIFF

VERSUS                                          CIVIL ACTION NO.   3:16-cv-709-WHB-LRA

WARDEN JAMES FILLIYAW, et al.                                                  DEFENDANTS

ORDER DENYING PLAINTIFF'S MOTION [36]
FOR FREE COPIES

This matter is before the Court on Plaintiff's Motion [36] requesting a copy of the complaint filed in this case as well as a copy of the complaint filed in a separate civil action Plaintiff filed in 2013.   Pl.'s Mot. [36] at 1.   In this Motion [36], Plaintiff requests that the Court send him copies of the Complaint filed in his case so "that the petitioner may thoroughly review them for further action" and the Complaint "that was filed in this Court in 2013 under Keith Ball, a[n] inadequate medical care claim; (civil Action No. 'NA')".   *Id*.   Because Plaintiff did not submit payment for the copies of these documents, Plaintiff appears to be requesting that the Court send him the copies without requiring him to pay for the cost of the copies of the requested documents.

"[A]n indigent inmate does not have a federally-protected right to a free copy of his transcript or other court records for use in a collateral proceeding."   *Haarman v. Thaler*, 2011 WL 5155705, at *3 (S.D. Tex. Oct. 28, 2011) (citing *Bonner v. Henderson*, 517 F.2d 135, 1236 (5th Cir. 1975) (citations omitted); *Colbert v. Beto*, 439 F.2d 1130, 1131 (5th Cir. 1971)). Because Plaintiff does not establish that he is entitled to receive a copy of the requested documents, Plaintiff's Motion [36] will be denied.   Accordingly, it is, hereby,

ORDERED AND ADJUDGED that Plaintiff's Motion [36] for free copies is denied.

SO ORDERED, this the 5th day of October, 2017.

s/William H. Barbour, Jr.
UNITED STATES DISTRICT JUDGE