State of Mississippi Supreme Court
Appellate Division

Melvin Grayer                                     Plaintiff
        vs.                    Case No. 3:16-CV-709-WHB-LRA
Warden James Filliyaw
Ronald King, Jemarsai Mallet        Defendants
Jerry Williams, and Jane and
John Does

Motion For Permission To Proceed On Appeal As A Poor Person

Please take notice, That upon the Annexed affidavit, sworn to the 19th day of Oct, 20__ a motion will be made at a term of this Court to be held in the City of Jackson, on the 31 day of Oct, 2017 for an order allowing the plaintiff permission to proceed on appeal as a poor person.

This the 19th day of Oct., 2017

                        Melvin Grayer
                        MELVIN GRAYER
                        Harrison County Adult
                        Detention Center 10451
                        Larkin Smith Drive
                        Gulfport, Miss. 39503

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
OCT 25 2017
ARTHUR JOHNSTON
BY_____ DEPUTY