# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

December 01, 2017

Mr. Arthur S. Johnston III
Southern District of Mississippi, Jackson
United States District Court
501 E. Court Street
Suite 2.500
Jackson, MS 39201

    No. 17-60715   Melvin Grayer v. James Filliyaw, et al
                   USDC No. 3:16-CV-709

Dear Mr. Johnston,

On November 30, 2017 the appellant challenged your court's FED R. APP. P. 24(a) denial of in forma pauperis (IFP) status by filing a motion to proceed on appeal IFP in this court.  Please forward a copy of your court's order denying the motion to proceed in forma pauperis, and assessing the initial partial filing fee to the prison authorities for collection of the fee.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Monica R. Washington, Deputy Clerk
                              504-310-7705